```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                    DOC #:
EVELINA CALCANO,                                    DATE FILED: 02/21/2020

                    Plaintiff,
                                                    19 Civ. 11386 (LGS)
         -against-
                                                    ORDER
ALAMO DRAFTHOUSE CINEMAS, LLC.,
                    Defendant.
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2020 (Dkt. No. 4), required the parties to file a proposed case management plan and joint letter by February 20, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 24, 2020**, at **noon**.

Dated: February 21, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**