

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO

DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HONOLULU, HI*
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL

*through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2020

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

February 21, 2020

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Evelina Calcano v. Alamo Drafthouse Cinemas, LLC**
**Case No. 19-cv-11386 (LGS)**

Dear Judge Schofield:

This firm represents Defendant, Alamo Drafthouse Cinemas, LLC, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule B (2) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint From March 2, 2010 through and including April 2, 2020, and the adjournment of the initial conference presently scheduled for February 27, 2020.

Plaintiff's counsel consents to these requests. These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like to explore a potential resolution of this matter without further judicial intervention.

This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

Thank you for your consideration of this request.

Application GRANTED. Defendant shall answer, move or otherwise respond to Plaintiff's Complaint by April 2, 2020.

The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 12, 2020, at 10:40 a.m.

Dated: February 24, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE