UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVELINA CALCANO,

                                Plaintiff,

                   -against-

ALAMO DRAFTHOUSE CINEMAS, LLC.,

                            Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2020

19 Civ. 11386 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2020 (Dkt. No. 4), required the parties to file a proposed case management plan and joint letter by March 5, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 9, 2020**, at **noon**.

Dated: March 6, 2020
       New York, New York

                                      _____

                                       LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE