```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                                :  DOC #:
EVELINA CALCANO,                                :  DATE FILED: 03/16/2020
                           Plaintiff,           :
                                                :  19 Civ. 11386 (LGS)
              -against-                         :
                                                :  ORDER
ALAMO DRAFTHOUSE CINEMAS, LLC.,                 :
                           Defendant.           :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 19, 2020;

WHEREAS, the parties requested that the Court stay discovery pending resolution of Defendant's proposed motion to dismiss. No other significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the March 19, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The parties' request to appear at the conference telephonically is denied as moot. It is further

**ORDERED** that, by **March 19, 2020**, the parties shall file a joint letter proposing a briefing schedule for Defendant's motion to dismiss. It is further

**ORDERED** that the parties' request to stay discovery pending resolution of Defendant's motion to dismiss is DENIED. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties did not justify the extended discovery periods in their submitted proposed case management plan and scheduling order. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 16, 2020
      New York, New York

                                       **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**