```
UNITED STATES DISTRICT COURT            | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           | DOCUMENT
------------------------------------X   | ELECTRONICALLY FILED
                                    :   | DOC #:
EVELINA CALCANO,                    :   | DATE FILED: 03/20/2020
                    Plaintiff,      :
                                    :     19 Civ. 11386 (LGS)
         -against-                  :
                                    :     ORDER
ALAMO DRAFTHOUSE CINEMAS, LLC.,     :
                    Defendant.      :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 16, 2020 (Dkt. No. 19), required the parties to file a letter providing a proposed briefing schedule for Defendant's motion to dismiss by March 19, 2020;

WHEREAS, the parties failed to timely submit the letter. It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **March 23, 2020**. The parties are reminded that compliance with Court Orders is not optional.

Dated: March 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**