UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVELINA CALCANO,
                                Plaintiff,

               -against-

ALAMO DRAFTHOUSE CINEMAS, LLC.,
                               Defendant.
------------------------------------------------------------ X

19 Civ. 11386 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 22, 2020, Defendant filed its motion to dismiss the Complaint (Dkt. No. 24);

WHEREAS, on May 12, 2020, Plaintiff filed a First Amended Complaint (Dkt. No. 28). It is hereby

**ORDERED** that Defendant's motion to dismiss at Dkt. No. 24 is **DENIED** as moot. It is further

**ORDERED** that, by **May 19, 2020**, if Defendant does not intend to move to dismiss the First Amended Complaint, it shall file a letter to inform the Court. It is further

**ORDERED** that Defendant shall file any motion to dismiss the First Amended Complaint by **May 27, 2020**; Plaintiff shall file any opposition to the motion by **June 10, 2020**; and Defendant shall file any reply in support of its motion by **June 17, 2020**. It is further

**ORDERED** that the parties shall comply with the Court's Individual Rules in filing their motions and supporting papers.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 24.

Dated: May 13, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE