UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                             :

EVELINA CALCANO,                 :

                  Plaintiff,   :

                             :                19 Civ. 11386 (LGS)

            -against-         :

                             :                <u>ORDER</u>

ALAMO DRAFTHOUSE CINEMAS, LLC.,   :

                Defendant.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to this Court's Order on March 16, 2020, the parties were directed

to file a joint status letter by May 18, 2020 (Dkt. No. 20);

      WHERAS, no such status letter was filed.  It is hereby

      ORDERED that the parties shall file the joint status letter by **May 26, 2020**.

Dated: May 20, 2020
      New York, New York

                                         LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE