UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
EVELINA CALCANO, :
                      Plaintiff, :
 : 19 Civ. 11386 (LGS)
     -against- :
 : ORDER
ALAMO DRAFTHOUSE CINEMAS, LLC., :
                  Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that discovery is STAYED pending resolution of Defendant's motion to dismiss.

Dated: June 8, 2020
       New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE